

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2023

No. 04-22-00843-CV

**IN RE ALAMO TITLE INSURANCE, ALAMO TITLE COMPANY, AND FIDELITY NATIONAL TITLE GROUP, INC**

Original Proceeding[1]

**ORDER**

On December 14, 2022, relators filed a petition for writ of mandamus. Relators also filed a motion to stay trial court proceedings pending the final resolution of its petition for writ of mandamus, which we granted on January 3, 2023. After considering the petition, real parties in interests' response, relators' reply, and this record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The stay imposed on January 3, 2023 is **LIFTED**.

It is so **ORDERED** on March 15, 2023.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of March, 2023.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-CI-07786, styled *Matiraan, LTD. and Marylyn House v. Alamo Title Insurance, Alamo Title Company, and Fidelity National Title Group, Inc.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.